UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21mj03305 O'Sullivan

UNITED STATES OF AMERICA

v.

JHASON JOAQUIN ESTUPINAN-GUTIERREZ and
JOSE EIDER SEGURA-OLAYA,

    Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    ___Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___Yes  _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___Yes  _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
Frederic C. Shadley
Assistant United States Attorney
Court ID No. A5502298
11200 N.W. 20th Street
Miami, Florida 33172
(305) 715-7649
(305) 715-7639 (fax)
Frederic.Shadley@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Jhason Joaquin Estupinan-Gutierrez and<br>Jose Eider Segura-Olaya, | ) ) ) ) ) ) ) | Case No. 21mj03305 O'Sullivan |

Defendant(s)

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __June 17, 2021__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

DEA Special Agent Brian Smith
Printed name and title

Attested to in accordance with the requirements
of Federal Rule of Criminal Procedure 4.1 by __Face Time__

Date: 7/1/2021

_____
Judge's signature

City and state: Miami, Florida

Hon. John J. O'Sullivan, Chief U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Brian Smith, being duly sworn, hereby depose and state the following:

1. I am currently assigned as a Special Agent with the Drug Enforcement Administration (DEA) in Miami, Florida and have worked in this capacity since November 1998. My official DEA duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am familiar with the ways in which drug traffickers conduct their business, including but not limited to their methods of importing and distributing narcotics.

2. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

3. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against Jhason Joaquin ESTUPINAN-Gutierrez, and Jose Eider SEGURA-Olaya, for violations of Title 46, United States Code, Sections 70503(a)(1) and 70506(b), that is conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. The facts contained in this Affidavit are based on my personal knowledge, as well as other information obtained from other law enforcement personnel, and other witnesses. This affidavit contains only sufficient information to show probable cause for the complaint sought, and does not include all information known to law enforcement at this time.

4. On or about June 17, 2021, while on patrol in the Eastern Pacific Ocean, a U.S.

Government Marine Patrol Aircraft (MPA) detected a low-profile vessel ("LPV") approximately 25 nautical miles south of Isle de Malpelo, Colombia, in international waters. The U.S. Coast Guard Cutter (USCGC) James was patrolling nearby and diverted to intercept. The USCGC James launched two smaller Over the Horizon (OTH) vessels with boarding teams and a helicopter (HELO). The OTH vessels reported no indicia of nationality visible on the TOI while in international waters traveling through a known drug trafficking area. The OTH vessels and HELO arrived on scene with the LPV. The OTH boarding teams approached the LPV and observed no vessel name, no registration number, no markings on the vessel, and no other indicia of nationality. There were two individuals on the LPV, Jhason Joaquin ESTUPINAN-Gutierrez, and Jose Eider SEGURA-Olaya. The master of the vessel made no claim of nationality for the vessel. The OTH boarding teams were authorized to treat the vessel as a vessel without nationality, and conduct a full law enforcement boarding.

5. The OTH boarding team observed packages on the LPV consistent with contraband. The packages were recovered from the vessel, and tested positive for cocaine, with an approximate total weight of 807 kilograms. The U.S. Coast Guard detained the two individuals who were on board the LPV, Jhason Joaquin ESTUPINAN-Gutierrez and Jose Eider SEGURA-Olaya, both Colombian Nationals.

6. Based on the foregoing facts, I submit that probable cause exists to believe that Jhason Joaquin ESTUPINAN-Gutierrez and Jose Eider SEGURA-Olaya , while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, that is five kilograms or more of cocaine, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United

States Code, Section 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Brian M. Smith
Special Agent
Drug Enforcement Administration

Attested to in accordance with the requirements of
Federal Rule of Criminal Procedure 4.1 by __Face Time__

This __1st__ day of June, 2021.

Hon. John J. O'Sullivan
Chief U.S. Magistrate Judge

3